CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JAN - 5 2009
JOHN F. CORCORAN, CLERK
BY: /s/ M. Hupp
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | |
|---|---|
| WILLIE JEROME HENRY, ) | |
|     Petitioner, ) | Criminal Case No. 4:93cr70035-1 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Jackson L. Kiser |
|     Respondent. ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, the above-referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice as successive and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this memorandum opinion and the accompanying order to Henry.

ENTER: This 5th day of January, 2009.

                                                        /s/ Jackson L. Kiser
                                                        Senior United States District Judge